FILED
FEB - 6 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
DEPUTY

VRGULLD

SA23CA0188 OG

Crime omi 6/18 (152; 153; 155; 157/2; 1511; 1513; 11552384; 135241; 135245; 135246; 735 1501; 735 1505/3; 7351506/4; 73518110; 7351572/5; 475 1001/2; 475 1018/2; 4751028/4; 4751029/2; 4751030/2; 4751038 [illegible]; 1040/2; 7751592/5; 93 1924/3; 101 2071/3; 101 2073/2; 1015 2075/2; 45 953; 113 23390 / 135242) omi 28 (40; 159); omi 34 (1915 1021; 10152 10/3; 121 SC 7 pt A/9/4; 121 SC 7 pt B/8) per written word as denied access to law library
- $500 7 QUADrillion

[illegible] UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS;
San Antonio Division; [illegible] 14 18 (11552384; 135241; 135246; 135245; 7351501; 7351505/3; 7351506/4; 7351513/3; 101 52074 / 135242) per but, per grievance / per relief / per ham deprived relief / per assigned judge / per addressed court.
3948.10[12] / 1405948.10[12] 21474.10[12]

[illegible] Drilling center; [illegible] 18 (1155 2384; 635 1346/2; 135241; 435411; 335 707/2; 335712/4; 4751028/4; 7751592/5 / 135242) per digit / per use per minute use / per person member to use it; as BCADC, Sheriff, J.S.,
528283489.10[12] 21302.88.10[12]

Bexar County Adult Detention Center; 3/8 13 / 10 14/ 18 (11552384; 655 1363/3; 335 729/2; 335712/4; 455 457; 635 1346/2; 1095 2236; 775 1585/4; 355 751/2; 375 797/2; 555 1703; 7351512/3; 7351513/3; 135249 / 135242) per ham detained / per detainee / per member guilty / per citizen / with of harboring as Sheriff J.S., 6th Fl / per letter / per word
798818665.10[17]
1754519670425.10[18]

6th; Fl; B; K; O; L; as B.C.A.D.C.; 3/8 13 / 10 14 / 18 (11552384; 655 1363/3; 135241; 45 956/5; 635 1346/2; 315 441/2; 315 442/2; 315 443/2; 315 445; 315 449/2; 315 670; 475 1035; 635 1347; 415 872/2; 415 873; 135246; 135247/2 / 135242) / [illegible] criminal omi 18 (313/2) / per Detainee / per minute detained / per person member for harboring / per conspiracy to kill 18 (19; 7; 575 1113/2; 575 1117 / 135242) / kidnapping 18 (19; 7; 1095 2236; 1585/4; 555 1701; 555 1703; 555 1704; 775 1582; 775 1587; 775 1588; 775 1590/4; 1175 2471; 1175 2472/a / 135242) maiming; 18 (19; 7; 11b; 10/3; 109 52244 / 135242) / injuring 18 (19; 7; 11b; 10/3; 1025 2101 / 135242) / Damaged / Stolen property 18 (19; 7; 1095 2236; 1035 2114/3; 1035 2114 / 135242)
Sheriff, J.S.
77851182165 44172.10[11]
6072373508 72595 4126.10[12]

200; N; COMAL; SAN ANTONIO; TX; 78207; as BCADC, 6th Fl, Sheriff, J.S.

Court as U.S.D.C.

Who even the fuck is the presiding over my complaints; as U.S.D.C.

655; E; Cesar; E; Chavez; BLVD; 78206; as U.S.D.C.;

262; W; NUEVA; ST; 78207; as U.S.D.C.

U.S. POSTAL SERVICES; 6 [illegible] / 10 14 / 18 (11552384; 135241; 135246; 135245; 7351505/3; 7351506/4; 7351509; 7351510; 1095 2236; 1035 2114/3; 555 1703 13 / 135242) per pet, per grievance, per relief, per minute deprived.
2418488.10[11]
6474529794.10[12]

U.S. POST OFFICE; as U.S.P.S.

1140; S; LAREDO; ST; 78201; 210; 227; 6905; as U.S.P.S.

I.A. yes: as U.S.D.C

B.1. UNKnown: "

2. Dwelling center; 00;08;46;07;01; as BCADC, 6th Fl
x8 Sheriff; Salazar; (13); ... 1st/14th/11th/1153238; 135241; 135244; 73515 1/2; 23583...; 33579... 2; 335712...; 438912; 435913...; 4751028/4 (135242) 25495787...10[13] per letter / per use / per person of use / per citizen / ...

x13 Javier; Salazar; as sheriff, ... 1st/12th/10th/14th/11th/1153238; 135241; ...; 11/3:23; 23362411 10[18] BCADC, 6th Fl 7731831/2; 73515 11/2; 135244; 435911; 435912; 435913/2; 4751028a; 4751028/4 (135242) per in custody 3548618923 10[18] 18 (355791/2 (135242) per member of authority / per minute in custody / per citizen ... , as per ...

3. U.S. District Court, West. Dist.: as above
4. UNKnown "
5. UNKnown "
6. " "
7. " "

II. Bidegain; Proximity; Dwelling; Detention; Center; as above, Sheriff, J.S. 6th Fl BKC1; as above, BCADC, Sheriff; J.S.; ... 200 N. Comal 78207: as above"

III. yes: 1st/14th/11153238; 135241; 1015707 5/2; 7351506/4; 135246 (135242) per minute hostage / per ... minute to ... , as J.S., ... 2688.108

IV A. Dwelling center, 6th Fl BKC1: as above, Sheriff, J.S., BCADC 200 N Comal 78207, as above

B. Def #1: Who in the hell is presiding over my complaints; as U.S.D.C. 655 E Cesar E. Chavez Blvd 78206: " 262 W. Nueva St 78207: as "

acts/omi: as U.S.D.C

Def #2: U.S. Postal Services; as above

acts/omi: as U.S.P.S

Def #3. U.S. Post Offices; as U.S.P.S

1140; S; Laredo; St; 78204 / 210; 227; 6900;

acts/omi: as U.S.P.S

Def #4: U.S. Dist. Ct. Judge O.L. Garcia; as U.S.D.C
655; E; Cesar; E. Chavez; Blvd; 78206; "
262; W; Nueva; St; 78207; "

acts/omi: as U.S.D.C, Def #7

Def #5: U.S. Dist. Ct. Judge: X. Rodriguez; as U.S. D.C
655 E. Cesar E. Chavez; 78206 "
262 W. Nueva St. 78207 "

act/omi; as U.S. DC, Def #7

Def #6: U.S. Dist. Ct. Judge: J.K. Pulliam; as USDC
655 E. Cesar E. Chavez; 78206 "
262 W. Nueva St., 78207 "

act/omi; as U.S. D.C, Def #7

Def #7: U.S. Dist. Ct. Judge: F. Biery; as U.S.DC
655 E. Chavez E. Chavez; 78206 "
262 W. Nueva St. 78207 "

act/omi: as USDC, 118 (1153 2384: 135241: 416872: 416873: 7351570/3: 73 8/573/3 (135242) per minute since first one
$76 \cdot 10^5$ / $389 \cdot 10^6$

Def #8: U.S. Dist. Ct. Judge: R.B. Farrar; as USDC
655 E. Cesar E. Chavez; 78206; as USDC
~~act/omi as Def #7~~ 262 W. Nueva St. 78207 "

~~Def #8~~ act/omi as Def #7

Def #9: Mailroom Department; as U.S.P.S., 4, 10, 18, 13, 14, 18 (1153 2384 / 416653 464 · 10[11] 8699829706 70[14]
455953 (113D: 2339A: 1049523: 1085211/3: 8351703/3: 18/2: 335709/2: 335712/2: 135242) per minute random / per number / position re BCADC, Sheriff, J.S., perm
200 N. Comal St. 78207; as above, Mail
202 N. Comal St. 78207; as 200

~~act/omi: U.S.P.S., Mailroom Dept.~~

Def #10 Mailroom: as above
Legal/Certified/Mail; "
Reuben Richardson; as J.S., perm
200 N. Comal St. 78207; as above
202 N. Comal St. 78207; as 200

act/omi: as U.S.P.S., Mailroom Dept

Def #11 Mailroom: as above
Legal, Certified, Mail; as mail
Mailroom Supervisor; as Sheriff
Mr. Hernandez; as J.S., perm
200 N. Comal St. 78207; as above
202 N. Comal St. 78207; as 200

act/omi as U.S.P.S.; Mailroom Dept

V Where: B.C.A.D.C.: as above; 6th Fl. B.K.C.: as above; 200 N. Comal 78207: as above
Who/They/What When: ongoing

For the entire time I have been hostage by the peonage organizations of Bexar County w/o a cause for trial, counsel, or trial. I have been w/o conviction for over 500 days and have been denied my freedom and a release from this facility institute.

I have filed suit since the initial kidnapping of 21.9.9.22.10.30 (9/22/21 @ 10.30 am*) and have also for the above duration, have been deprived my relief for whatever the fuck the reason may be by Def 1 through 11.

I have received extortion letters in name of Def # 4 through 8 of blackmail for the Peonage Doctrine and that shit ain't shit! What the fuck's the fucking problem? Cause other than that bullshit extortion I am not receiving any mail nor can I call out anyone at all! I need to fucking leave this place.

Who the fuck is my judge? When is my court date? Why am I not gone from here yet?

Then, if I am to get any kind of mail it is destroyed by Def # 9 through 11 for it is written: the S; G; O; R; E; — Edgar Keefe: Commissary; Inmate; Systems; Kiosk; — <Select> General Mail; "Per Facility Administrator 'Effective Immediately' All general Inmate; mail will be Shredded once it is scanned and uploaded to the Inmate Kiosk System!

Hostaged 4/5/14 / IV (1582384; 135241; 10957234; 77515514; 555 1203; 915872/2, 415873; 375792/2; 355751/2 / 135242) per minor husband / per prime member for harboring / IV (19; 555 1202; 465482; 7751593a / 3; 7351564/4; / 135242) per ransom acc. / per ransom status of per prey of ransom / per prey safety ransom / per member to benefit pos B.C.A.D.C. 6th Fl; Shell 13. inmate 9304049 60 S4:10 Ke / 10*

personage org.: 2, 3, /10, 14, /18(1153384: 135241: 1618: 96 /2: 775 1581 /2: 7351511/2: 135244: 435912: 435913/2: 11/3: 23: 955 1957: 955 1952: 955 1959: 155 506/2: 335 700/2: 33709/2: 335 712/4: 335 716/2: 455 933: 113B 52339B/2 / 135242): crime omni 18 pt2 /31/10/14; crime omni 34 (101 5 9211: 101 5C10/3: 121 5C7 pt D/4/4: 121 5C7 pt B/8) per member / per in custody / per hostage in custody / per org. / per inst. / per citizen / per seal Display / per badge display / per digit / per possible movement / per emblem / per insignia / per uniform component / per flag Display / per star / per stripe, as BCDDC, GOTD, Sheriff, D.S. 18(1155 2384 / 135242) 7128911952006924 · 10[28] 109104847734 · 10[28]

w/o accusation for trial: 5, 6, 14, 7 /18(1153 2384: 135 241: 475 1001/2 /135242) per minute hostage / per false accusation accumulation / per Double Jeopardy accumulation / per degree of accusation substance / per penny of value of bail total, as per 10528 · 10[15] / 40149 · 10[15]

counsel

Counsel: 6, 14, 7 /18(1155 2384: 135 241: 735 1505/3: 735 1506/4: 735 1509/13: 135 246 / 135242) per minute hostage / per crime accumulation, as per 4024 · 10[7] / 3012 · 10[8]

no trial: 6, 14, 7 /18(1153 2384: 135 241: 135 243/2: 135 246: 735 1501: 735 1505/3: 735 1506/4: 735 1510: 155 / 135242); crime omni 28 pt 5 /13/10/14 per minute w/o court / per crime, as per 3403184 · 10[7]

w/o conviction: 6, 8, 13, 14, 7 /18(1155 2384: 135 241: 135 246: 135 243/2: 735 1506 /4: 155 23: 775 1585 /4: 775 1589 /135242) per minute w/o conviction / per crime, as per 27456 · 10[8] / 13784 · 10[9]

550 Days: as w/o crime, counsel, trial, conviction, BCDDC, GOTD, Sheriff, D.S., Pedro, Hostage, as per

Threat and freedoms: 1, 9, 10, 14, 7 /18(1155 2384: 135241: 135 245: 135 246: 135 247/2: 135 248: 135 249 / 135242) per ignored acc. per minute hostage / per member for deprivation as Sheriff, D.S., BCDDC, GOTD, pedro, hostage 1768774 · 10[10]

Release from custody: as 550 days, per

initial kidnapping: 4, 10, 14, 15, /18(1155 2384: 135 241: 55 5 1201: 55 5 1203: 55 5 1204: 775 1582: 775 1587: 775 1588: 775 1594/4 / 1093 2236: 775 1585/4: 17 / 135242) per kidnapping acc. per minute of kidnapping / per act of forfeiture acc. per member hostage, per 3217056 · 10[10]

deprivation relief: as BCDDC, U.S.D.S., Marshals, BCDDC, Sheriff, D.S. Resendez, Hernandez, per

Extortion letters: as hostage 18(1155 2384: 135241: 418 872/2: 418 873: 418 874 / 135242) per minute of extortion / per member of per judge extortion, as Sheriff, D.S., U.S.D.C. 244 · 10[7]

blackmail as extortion

x3[4] [illegible] as extortion 18 [illegible] 1155 2384; 135 241; 475 1004; 475 1914/2; 475 1024/4; 135 242) per pursuits of extortion / 18 (335 709/2; 335 712/4 / 135 242) per letter / per unit [illegible] 1.22 999 [illegible] 1839 788.10

not receiving any mail; as U.S.D.S. Mailroom, Attorney, Sheriff U.S. BCDDC [illegible] hostage 1550, per m

need to leave this place; as 550, per m

who is my judge? as USDC, USRS, Mailroom, U.S., Sheriff, [illegible]

when is my court date? as my judges.

why am I not gone yet? as? 550, per m

mail is destroyed; as not receiving any, per m

x8 [illegible]; as Sheriff, U.S. BCDDC [illegible], 18 (1155 2384; 635 1346/2; 135 241; 135 246; 475 1041/2; 475 1024/4; 775 1592/5; 335 709/2; 335 712/4; 335 716/2; 735 1506/4; 735 1517/3 / 135 242) per letter / per USC / per [illegible] of subjected USC / per member to USC / per uniform component / per known manufacturer of said uniform; as per m 2982004.10[14] 2583803.10[15]

x4 [illegible]; as inmate, per advertised usage x(5.10[5]), per m

x8 [illegible]; as not receiving my mail, per m

Scammed; as not receiving my mail, 18 (1552384; 375 798; 885 1801; 475 1029/2; 475 1030/2; 1215 2701; 135 2721/2; 135 2722 / 135 242) per hostage / per [illegible] [illegible] / per member in mailroom position / per minute in display; as per m 432.10[5] / 864.10[5]

x8 [illegible]; as scammed, per m

IV amendment

x775 [illegible] U.S. [illegible] BUREAU OF [illegible] STANDARDS: 1, / 2, 3, / 9, 10, / 14, 18 (1155 2384; 455 983; 435 917; 435 913/2; 735 1509; 735 1510; 735 1511/2; 135 244 / 135 241 / 135 242) per [illegible] deprived of [illegible] per detainee, [illegible] / per member of correspondence position [illegible]

x1386 x270 9.30 [illegible], D.C. [illegible]; x30 12.575 - 7.82 [illegible]; x105 5.96; [illegible], 7.82 [illegible]; x98 8.00; [illegible], 7.82 [illegible]; x14 4.00; [illegible], 7.82 [illegible] 2952.10[18] 5782088.10[19]

acts/miss: as Def #1 and 2

Def #13: U.S. Department of Justice; as USDC, FBI

950 Pennsylvania Ave NW Wash D.C. 20530; as FBI

acts/omis: as Def #1 and 2

Def #14: U.S. National Guard; as FBI

5500 I.H. 10 Frontage RD, 78219; as FBI

acts/omis: as Def #1 and 2

Def #15: U.S. Coast Guard; as FBI

acts/omis: as Def #1 and 2

Def #16: U.S. Texas Rangers; as FBI

P.O. Box 4087 78773; 512 424 2140

acts/omis: as Def #1 and 2

Def #17: U.S. Texas State Police; as FBI

acts/omis: as Def #1 and 2

Def #18: U.S. District Attorney; as FBI

acts/omis: as Def #1 and 2

Def #19: U.S. Texas State Government; as FBI, USDC, USPS, Sheriff

Governor Abbott; as U.S. Governor

P.O. Box 12428; Austin TX 78711 512 463 2000

acts/omis: as Def #1 and 2

Def #20: U.S. Texas State Capitol; as FBI, USDC, USPS

1100 Congress; Austin TX; 78701 capitol

acts/omis: as Def #1, and 2

Def #21: U.S. Congressman; as FBI, USDC
acts/omis: as Def #1 and 2
Def #22: U.S. [illegible] Signatories as FBI, USDC
acts/omis: as Def #1 and 2
Def #23: U.S. [illegible]: as Sheriff, USDC, FBI
[illegible]: as U.S. as president
acts/omis: as Def #1 and 2
Def #24: U.S. White House; as USDC, FBI
[illegible] Pennsylvania Ave, NW, Wash, D.C. 20500; as White House
acts/omis: as Def #1 and 2

V. Amendment
where: as Def #1 through 11; San Antonio, B.C. TX, USA.
when: ongoing
who/how/what: As an inclusion to Def #1 through 11 ~~of~~ correspondence to a non-compliance to the hostages ~~and citizens of~~ Bexar County ~~if not the greater [illegible] of South Texas~~ Adult Detention Center and the citizens of San Antonio are by default full ~~responsible~~ responsibility for unlawful acts of the peonage here in Texas overall and the obstruction of justice all the Federal Courthouses and the U.S. Postal Services as deprivation of rights and further conspiracies against the rights of the people both as capture hostages and "captive citizens." Of such things Def #12 through 24 are to be held accountable for the acts and ~~dep~~ conspired deprivations of Def #1 through 11 and the peonage systems here in Texas!

of correspondence: 10, 14, 18 (115 § 2384; 45 § 953; 113B § 2339A; 113B § 113B § 2339B/2; 13 § 294; 73 § 1571/2, 13 § 242) per month/story per member of correspondence / per person org. / per person priest / per hostage in custody / per citizen at risk as Sheriff, A.S., per ~~[illegible]~~ 8064·10[14] / 48384·10[14]

as non-compliance: 2, 3, 18 (115 § 2384; 73 § 1509; 73 § 1510; 73 § 1511/2; 45 § 953; 113B § 2339A; 13 § 294, 13 § 242) per as correspondence as correspondence ~~[illegible]~~ 158528·10[14] / 129264·10[15]

hostaging: as above

Bexar County Adult Detention Center: as above

responsible for unlawful acts: as non-compliance

peonage: as above, as non compliance

obstruction of justice: as U.S.D.C.

Federal Courthouse: as USDC

U.S. Postal Service: as USPS

deprivations of Relief: as USDC, USPS, BCADC, Madison, A.C., A.H. Sheriff, A.S.

further conspiring against rights: 1, 2, 4, 5, 6, 7, 11, 9, 10, 14, 3, 8, 13, 12, 18 (115 § 2384; 13 § 241; 13 § 246; 13 § 245; 13 § 247/2; 13 § 248; 13 § 249, 13 § 242) per as correspondence 24243·10[21]

Captive: as hostage: 4, 5, 9, 8, 13, 10, 14, 3, 18 (115 § 2384; 13 § 241; 35 § 1592, 13 § 242) per captive / per person in custody of captives 3130289·10[7]

accountable for the acts: as non compliance

Conspired deprivations: correspondence, further against rights

peonage systems: as above

III Relief: Get me the fuck out of here pronto! Charges against all applicable, as of all other relief demands ~~[illegible]~~ & Them to be quantum or sanctioned w/ one Tiffany (Price) Carter, ~~init~~ payment of initial amount of $ 717891958214755753393 2055 64 39 26 23 8 9 10 000000000000 / per hour of continued detention

VI Relief combine – limited payment pelham combined departmental Relief
VII G.B.I.D. ellery; lablanc; center;
(x72) x12 Ellery; LeBlanc; Center; as below
x57 ELLERY; LABLANC; CENTER; [illegible]
585144:10 / 4702881.10⁸ 7020432
[illegible] per letter / per word / per person of[illegible] / per use / per minute of use / per minute of use

x36 B. [illegible] : as E.C.C., as above

VIII A. MO: as USDC

B.

13, 1.2, 89.

13, 1.2, 31, 14.

13, 1.2, 31, 14, 25 — UCC-308

UNITED STATES DISTRICT COURT
FOR THE: as above 2891.10¹⁴

Dwelling center

V.

[illegible] as assignment to 6th [illegible] BKO as above, BCADC
of Bexar County Adult Detention Center: as above, 6th
1200 N. Comal 78207: as 6th, BCADC, — case # — as USDC

Petition for a writ of habeas corpus under 28 § 2241: as USDC

1.(a) ellery lablanc center

(b) ELLERY LABLANC CENTER: as above 7021932.10⁸

Ellery LaBlanc Center

2.(a) Bexar County Adult Detention Center as above, 6th 11569911795.10¹⁷

(b) 6th BKO: as above, BCADC 934281185985300664.10¹¹

200 N. Comal 78207: as BCADC, 6th

(c) [illegible]: as above, BCADC 4460576.10¹⁰

3. other: Bexar County Peonage: as above, BCDC, 712891195206924.10[29]

4. a pretrial detainee; as BCC as kidnapped and hostage, extortion, ...

5. pretrial detention; as

6. (a)[48] Bexar County Court: [illegible] 4933891852906.10[19] 15412352626021259.10[20] ... per minute w/o relief, per detainee, per ... citizen ...

100 Dolorosa, San Antonio, Texas 78205: as BCC

101 W. Nueva, San Antonio, Texas 78205: as BCC

(b)[19] [illegible] 1279195544.10[27] ... per minute of use / per non-existent ... / per minute w/o indictment / per minute of false imprisonment, per ... false accusation / per ... value of ... accumulation / per double jeopardy accumulation (135242)

(c) unknown: as B.C.C, 2021

(d) ongoing: " "

7. yes: as B.C.C, USDC
(a)(1) U.S. Dist. Court: as USDC
2 unknown "
3 " "
4 " "
5 " "
6 " "
7 " "

8. yes: as B.C.C, USDC
(a)(1) U.S. Dist. Court: USDC
2 unknown "
3 " "
4 " "
5 " "
6 " "
7 " "

9. yes: as B.C.C., USDC
(a)(1) U.S. Dist. Court: as USDC
(2) " "
(3) " "
(4) " "
(5) " "
(6) " "
(7) " "

10. yes: as B.C.C, USDC
(a) yes: as BCDC USDC
(1) U.S. Dist. Court: USDC
(2) unknown "
(3) " "
(4) " "
(5) " "
(6) " "
(b) NO: as "
(c) I am still a pretrial detainee after 550 days. It as NO crime; NO court, NO conviction B.C.C, USDC

11. NO

(2)

12. yes; B.C.C, USDC

(a) 0128 - 4100 5/16/22 PET. FOR WRIT: RELEASE BECAUSE OF DELAY; as B.C.C / 1a 6, / 9a 10 / 14; 17; 18 (1155 2384; 4751014; 47510 28/4; 635 ... 1396/2 135241; 335 709/2; 335 7/2/4 / 135 242) per pet. / per mot. / per ... per filing / per remain in / ... / per ... / per ... relief; 18 (135 246 / 135 242) per ... / per letter titled of doc.

| | | | | |
|---|---|---|---|---|
| 0129 | 4100 | 5/16/22 | MOT. TO DISMISS: INSUFFICIENT EVIDENCE; | as 0128 |
| 0130 | " " | " | PET. FOR WRIT: PRE-TRIAL DIVERSION; DISMISS: | " |
| 0131 | " | " | PET. FOR WRIT: CONTROLLED SUBSTANCES; | " |
| 0134 | " | " | MOT. FOR DISCOVERY | " |
| 0137 | " | " | MOT. DISMISS APPOINTED COUNSEL; | " |
| 0138 | " | " | MOT. FOR REDUCTION OF BOND; | " |
| 0139 | " | " | PET. FOR WRIT RELEASE BECAUSE OF DELAY; | " |
| 0140 | " | " | MOT. TO QUASH INDICTMENT; | " |
| 0141 | " | " | PET. FOR WRIT CONTROLLED SUBSTANCE | " |
| 0142 | " | 5/20/22 | PETITION FOR WRIT OF HABEAS CORPUS | " |
| 0143 | " | " | CONTROLLED SUBSTANCE FILED; | " |
| 0144 | " | " | PETITION FOR WRIT OF HABEAS CORPUS | " |
| 0146 | " | " | RELEASE; BECAUSE OF DELAY FILED | " |
| 0149 | " | 8/04/22 | MT. QUASH INDICTMENT ... 12950577 40234.10 | |

(b) Bexar County Court as above
(c) as 18 ... as above, B.C.C,
(d) 2021 CR ... ; as above, B.C.C,
(e) UNKNOWN: as B.C.C,
(f) Date of Result: UNKNOWN; as B.C.C
(g) I am still here w/o conviction ... of B.C.C

13. yes ... criminal omission of commitment 1, 6, / 10, 14, / 18 (1155 2384; 135241; 635 1396/2 135246; 735 1506/4; 735 1513/3; 1015 2076 / 135 242) per ... hostage / per ... deprivation relief / per ... / per ... / per ... / per ... over 21043584.10[17]

a) facts / ...: I have been w/o my freedom for over 580 days and am w/o a speedy trial, or a triable cause. I do not have a lawyer or an attorney. So I have not been convicted of any, if any, crime. I have no access to outside contacts nor is there any incoming mail here @ Bexar County Adult Detention Center, ... BK-01, 200 N. Comal 78207.

This has been since 21.9.4.22.10.30 of a kidnapping of from J.H. Wood Jr. Federal Courthouse, 655 E. Cesar E. Chavez

Blvd 78206 while actually filing for suit against 2 previous abductions on 7/25/21 and 5/28/21 by peonage members from its lobby!

And now, even to date and ongoing I have been deprived my rights to relief benefits and further conspiracies of such in a lawless city? Even to seemingly be blackmailed by 5 U.S. District Court Judges?; and the very real possibility that my mail is being destroyed somewhere along its lines of communication.

As a hostage I have to ask where is law enforcement and why is it so difficult to contact those for atleast assistance! If not "information" on what to do?

into my freedoms: as above 238437.10[11]
over 550 days: as kidnapping, hostage, w/o counsel, conviction, BCDOC, etc.
probable cause: as above 5204.10[16]
do not have a lawyer: as w/o counsel 3012.10[8]
or an attorney "
not been convicted: w/o conviction 13728.10[9]
no access to outside contact: [illegible] as hostage [illegible] as mailgram to USPS. BCDOC, 4th Sheriff, Jr.

no incoming mail: outside contact
B.C.A.D. [illegible] as above
[illegible] as above
200 N. Comal 78207: as above
of kidnapping as above 3217056.10[11]
[illegible]: as USDC [illegible] 2384: 653134[illegible]: 653134[illegible]: 6531346[illegible]: 135241: 1352416; 7351505[illegible]

73§1506/4; 73§1512/3; 73§1811/2; 73§1510; 73§1501; 13§244; 13§245; 18 13 §2839A; 13§242) per as USDC 2097 4464·10[12]
USS; E. Gagno; E. Chavez; Blili; Tyson; as USDC, Abbe
actually filing suit: as U.S.D.C, Abbe
abductions as 7/25/21: as kidnapping
5/25/21: as "
deprived my rights: as USDC, Abbe, as above
to bully benefits: " "
further employers: as above
be blackmailed: as extort
by 5 U.S. Dist. Ct. Judge: as U.S.D.C., extort 244·10[8]
mail is being destroyed: as U.S.P.S, mailroom, BCDC, UMB, Shamp, U.S
~~lines of communicat~~
lines of commun. " "
.18(115§2384; 45§1842/3; 13§241; 13§244; 13§2412) per minute of isolation/per contact / 284·10[6] 864 ~~576~~ 10[4]
a hostage: as above
where is law enforcement: as FBI 5184·10[18]
difficult to contact: as lines of Comm (18(115§2384; 1195251/5; 1195251/s; 13§2412) per minute isolate / per minute ______ Espionage / per contact ~~284·10~~[6] 396·10[12]
at least assistance: as lines of Comm., no counsel

14. — This is the actual manifestation of the Institutions of peonage documented on the Jesse Ventura's "Conspiracy Theory" Episode that which included the HAARP antennas and the ~~family~~ made for families scuffling just beyond its gates. This episode explains how these institutions means to harbor if not conceal certain kindred families into a definite release. This institution is a perfect example of that doc. as the unlawful detention of innocent civilians seem to be on the rise! This Doc. can be found on Youtube.com if not on my

Facebook, @ Facebook.com - search El Centro, San Antonio, may have to scroll a while; maybe! Along w/ a certain list by what is fabled to be the Illuminati; as a list of protocol agendas. as #18 - is to jail your enemies - go - figure

14 Relief -

15 Relief - Paid initial amount of $73164527114010365312900054240113104 4000020000000000000 per hour deprived of my Constitutional rights to life, liberty, and properties, ~~dept~~ per hour deprived my relief benefits, ~~and~~ per hour denied my freedoms, per hour as a pretrial detainee hostage in Bexar County Adult Detention Center, 200 N. Comal in custody of a peonage system in Dominion! Values as previous reliefs! All the above is on-going and continuous per hour from now on in addition too all declared.

23.2.5.2.5.15 UCC 1-308