Case 5:23-cv-00188-OLG   Document 4   Filed 02/15/23   Page 1 of 1

FILED
February 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ELLERY CARTER, SID #681667,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | SA-23-CV-00188-OLG |
| v. | § | |
| | § | |
| **BEXAR COUNTY ADULT DETENTION CENTER, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal, denying Plaintiff Ellery Carter's presumed request to proceed *in forma pauperis* and dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Ellery Carter's presumed request to proceed *in forma pauperis* is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of section 1915(g).

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

It is **SO ORDERED**.

SIGNED this 15th day of February, 2023.

_____
ORLANDO L. GARCIA
United States District Judge